# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FELIPE HERIBERTO ARTICA CALIX,

Petitioner,

v.

CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-01698-RBM-DEB

**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE [Doc. 4]**

Petitioner has filed an Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus without Prejudice ("Motion to Dismiss"). (Doc. 4.)  In it, Petitioner represents that counsel has "identified material factual issues concerning Petitioner's place of detention and related allegations bearing on jurisdiction and venue." (*Id.* at 2.)  Consequently, Petitioner "seeks dismissal of this action without prejudice so that any further relief may be pursued, if appropriate, through a corrected filing." (*Id.*)  Respondents do not oppose the Motion to Dismiss. (*Id.*)

In light of Petitioner's representations, the Court **GRANTS** the Motion to Dismiss (Doc. 4) **without prejudice**.  The Court also **DISCHARGES** the Order to Show Cause (Doc. 2).

**IT IS SO ORDERED.**

DATE:  March 25, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

3:26-cv-01698-RBM-DEB